UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MICHAEL WEST, <br> P.O. Box 1935 <br> St. Charles, MO 63302 <br> No phone <br>     Plaintiff, <br><br> vs. <br><br> ALPHONSO JACKSON, Secretary of the <br> Department of Housing & <br> Urban Development, <br> 451 7th street S.W. <br> Washington, D.C. 20410 <br> (202) 708-1112 <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case: 1:07-cv-00727 <br> ) Assigned To : Collyer, Rosemary M. <br> ) Assign. Date : 04/23/2007 <br> ) Description: West v. Alphonso Jackson <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR LEAVE TO FILE

COMES NOW Michael West, *pro se*, the plaintiff herein, and submits his motion for leave to file and use post office box as address on complaint because of: 1) the unfair, discriminatory acts or omission practices of the above-named defendant, 2) plaintiff is homeless and has no dwelling house or usual place of abode, or 3) the post office box will reasonably allow plaintiff access to the court and due process/equal opportunity as guaranteed under both the First and Fourteenth Amendments to the U.S. Constitution, respectively.

Dated this 22nd day of March 2007.

Respectfully submitted,

*[signature]*

Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302
No phone