UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MICHAEL WEST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, )<br>)<br>Defendant. )<br>_____) | Case: 1:07-cv-00727<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 04/23/2007<br>Description: West v. Alphonso Jackson |

### ORDER

This matter comes before the Court on plaintiff's *pro se* motion to be permitted to use his post office box as his address for purposes of this litigation. The Court finding good cause for plaintiff's motion, it is

**ORDERED** plaintiff's motion is granted and plaintiff may use his post office number as his address for purposes of this case.

_____
United States District Judge