UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL WEST, )
)
Plaintiff, )
)
v. )
)
ALPHONSO JACKSON, )
)
Defendant. )

Case: 1:07-cv-00727
Assigned To : Collyer, Rosemary M.
Assign. Date : 04/23/2007
Description: West v. Alphonso Jackson

## ORDER

This matter comes before the Court upon review of Petitioner's application to proceed *in forma pauperis* and his *pro se* complaint. It is hereby

ORDERED that the application to proceed *in forma pauperis* is GRANTED.

_____
United States District Judge

DATE: 4/5/07