**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
U. S. Attorney General
DOJ
950 Pa. Ave., NW
Washington, D.C. 20530

Civil Action, File Number __CA-07-0727 RMC__

__Michael West__
V.
__Alphonso Jackson, Secretary__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

07-0727    4-24-07    BB

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. AG

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
APR 3 0 2007    4/30/07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0000 2032 8529

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

If you are served on behalf of a corporation, ...ur signature your relationship to that entity. If indicate under your signature your authority.

...days, you (or the party on whose behalf you ...plaint in any other manner permitted by law.

...behalf you are being served) must answer the ...t by default will be taken against you for the

...t of Summons and Complaint By Mail was

_____ (MS Official)

COMPLAINT
...omplaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature    **RECEIVED**
                 MAY 4 2007
Relationship to Entity/Authority to Receive

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense