**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of _Columbia_____

TO: Alphonso Jackson, Secretary of
The Department of Housing & Urban Department
451 7th St., SW
Washington, D.C. 20410

Civil Action, File Number _CA-07-0727_____

Michael West

V.

Alphonso Jackson, Secretary

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If [...] dicate under your signature your authority.

[...] ays, you (or the party on whose behalf you [...] aint in any other manner permitted by law.

[...] half you are being served) must answer the [...] by default will be taken against you for the

[handwritten: 07-0727   4-24-07   BB]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Alphonso Jackson

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
   X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0000 2032 8534

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

of Summons and Complaint By Mail was

S Official)

OMPLAINT

nplaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

**RECEIVED**
MAY 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)