UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, Secretary )<br> of the Department of Housing )<br> and Urban Development, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0727 (RMC) |

### MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM OF POINTS AND AUTHORITIES THEREOF

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, United States Department of Housing and Urban Development, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to the Complaint. Plaintiff's Complaint seeks relief on a variety of legal theories including pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. To the extent that the Court construes the Complaint as brought under the FOIA, Defendant's deadline for answering or otherwise responding to the Complaint is May 29, 2007. Pursuant to Local Civil Rule 7(m), the undersigned counsel did not attempt to contact *pro se* Plaintiff to discuss this Motion, because Plaintiff does not list a contact telephone number where he can be reached.[1] See Compl., caption.

Defendant requests that the deadline for responding to the Complaint be extended by

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." The Rule does not require counsel to confer with pro se parties about non-dispositive motions. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with non-prisoner pro se parties.

forty-five days, from May 29, 2007 to July 13, 2007. This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered.

This enlargement of time is sought for several reasons. First, this case recently was assigned to Special Assistant United States Attorney Jonathan C. Brumer. Mr. Brumer currently is out of the office due to the holiday weekend, and the undersigned counsel is covering his cases in his absence. Upon his return to the office, Mr. Brumer will need time to familiarize himself with this case, to confer with agency counsel about this case, and prepare an appropriate response to Plaintiff's Complaint.

Second, we anticipate that Defendant will file a dispositive motion in response to Plaintiff's Complaint, which will require additional time for preparation. Third, upon his return to the office, Mr. Brumer has several imminent deadlines in his cases, including answers and/or dispositive motions in, among other cases, Andre Cooper v. EOUSA, et al., 07-0744 (D.D.C.), Forrester v. Parole Commission, Civil Action No. 07-0728 (D.D.C.), Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.), Melvyn Johnson v. Fenty, 07-0935 (RMC), Delgado v. ATF, Civil Action No. 07-0256 (D.D.C.), and a Reply in Kotz v. Lappin, *et. al.*, Civil Action No. 07-0856 (D.D.C.).

Finally, allowing Defendant the requested may ultimately conserve the parties' and the Court's resources, as the case may be resolved on a motion to dismiss or for summary judgment. Thus, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to July 13, 2007.

Respectfully submitted,

   s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

   s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the foregoing Motion for Enlargement of Time was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Michael West
>P.O. Box 1935
>St. Charles, MO 63302

on this 25th day of May, 2007.

                                         /s Peter Smith
                                   PETER SMITH, D.C. Bar #465131
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   Civil Division
                                   555 4th Street, N.W.
                                   Washington, D.C. 20530
                                   (202) 307-0372

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0727 (RMC) |
| ) | |
| ALPHONSO JACKSON, Secretary ) | |
| of the Department of Housing ) | |
| and Urban Development, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION OF Defendant's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and the entire record herein, it is this \_\_\_\_\_ day of _____, 2007,

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall file it's Answer or Otherwise Respond to Plaintiff's Complaint by July 13, 2007.

_____
UNITED STATES DISTRICT JUDGE