UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST,<br>P.O. Box 1935<br>St. Charles, MO 63302,<br><br>         Plaintiff,<br><br>         v.<br><br>ALPHONSO JACKSON,<br>Secretary of the Department of<br>Housing and Urban Development<br>451 7th Street, SW<br>Washington, DC 20410,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-0727 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for Defendant in the above-captioned case.

    Respectfully submitted,

    __/s/_____
    JONATHAN C. BRUMER, D.C. BAR # 463328
    Special Assistant United States Attorney
    555 Fourth Street, N.W., Room E4815
    Washington, D.C. 20530
    (202) 514-7431
    (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Appearance was served on Plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>MICHAEL WEST
>P.O. Box 1935
>St. Charles, MO 63302

on this 31st day of May, 2007.

>Respectfully submitted,

>__/s/_____
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)