UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, Secretary )<br>of the Department of Housing )<br>and Urban Development, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0727 (RMC) |

**NOTICE OF AMENDED CERTIFICATE OF SERVICE**

Defendant, United States Department of Housing and Urban Development, by and through undersigned counsel, advises this Court that, on May 25, 2007, he attempted to serve plaintiff, pro se, Plaintiff with a copy of his Motion for Enlargement of Time and Memorandum of Points And Authorities Thereof (Docket Entry No. 10), by first class, postage pre-paid mail. However, on June 13, 2007, the service copy of this pleading was returned to the undersigned counsel by the U.S. Post Office, with a stamp indicating that it had been returned for insufficient postage (despite the fact that a stamp with adequate posting is visible on the envelope). Consequently, on June 13, 2007, Defendant again attempted to serve plaintiff with a copy of this filing, by first class, postage pre-paid mail.

Respectfully submitted,

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**AMENDED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing *Notice of Amended Certificate of Service* along with a copy of Defendants's *Motion for Enlargement of Time and Memorandum of Points and Authorities Thereof* was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Michael West
>P.O. Box 1935
>St. Charles, MO 63302

on this 13th day of June, 2007.

>s/Jonathan C. Brumer
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 4th Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)