UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
|       Plaintiff, | ) |
|       v. | ) Civil Action No. 07-0727 (RMC) |
| ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development, | ) |
|       Defendant. | ) |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to the Complaint. Pursuant to Local Civil Rule 7(m), the undersigned counsel did not attempt to contact *pro se* Plaintiff to discuss this Motion, because Plaintiff does not list a contact telephone number where he can be reached.[1] See, e.g., Compl., caption.

Defendant requests that the deadline for responding to the Complaint be extended by three weeks, from July 13, 2007 to August 3, 2007. This is Defendant's second request for an enlargement of time in this case, and no scheduling order has been entered.

In support of Defendant's Motion, Defendant respectfully states as follows:

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." The Rule does not require counsel to confer with pro se parties about non-dispositive motions. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with non-prisoner pro se parties.

1. On April 23, 2007, Plaintiff filed his Complaint. See Docket Entry No. 3. Plaintiff's Complaint seeks relief on a variety of legal theories including pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Id. Defendant's deadline for answering or otherwise responding to the Complaint was originally May 29, 2007.

2. On May 25, 2007, Defendant filed a Motion for Enlargement of Time, his first in this case. In that Motion, Defendant respectfully requested that his deadline for responding to Plaintiff's Complaint be extended by forty five days, from May 29, 2007 to July 13, 2007. See Docket Entry No. 10.

3. On May 25, 2007, the Court issued a Minute Order in which it granted Defendant's Motion for Enlargement, and instructed Defendant to file his Answer or Other Response to the Complaint by July 13, 2007.

4. Counsel for Defendant anticipates filing a dispositive motion in response to the Complaint. Despite his best efforts, he will not be able to complete an adequate response to the Complaint by July 13, 2007.

5. Since May 25, 2007, when this Court granted Defendant's First Motion for Enlargement of Time, the undersigned counsel has contended with numerous deadlines in his other cases. During that period, he prepared and filed the following pleadings, among others: (1) a Reply brief in Kotz v. Lappin, et. al., Civil Action No. 07-0856 (D.D.C.); (2) a Response to an Order to Show Cause in Mitchell v. Federal Bureau of Prisons, Civil Action No. 05-05420 (D.C. Cir.); (3) a Response to an Order to Show Cause in Watts v. Gonzalez, Civil Action No. 06-777 (D.D.C.); (4) a Motion to Dismiss or, in the Alternative, for Summary Judgment in Bonaparte v. United States Department of Justice, 07-749 (D.D.C.); and (5) an Answer in

Delgado v. Gonzales, Civil Action No. 07-256 (D.D.C.). He also drafted and served discovery requests in Von Muhlenbrock v. Billington, Civil Action No. 05-1921 (D.D.C.) during this period. During this time frame, he was also forced to seek enlargements of time concerning other deadlines in still other cases.

6. Within the next nineteen days, counsel for Defendant will have numerous imminent briefing deadlines in his other cases, including Answers and/or Dispositive Motions in: (1) Murthy v. Johanns, Civil Action No. 06-2208 (D.D.C.); (2) White v. Federal Bureau of Investigation, *et. al.*, Civil Action No. 07-838 (D.D.C.); (3) Federal Cure v. Lappin, Civil Action No. 07-843 (D.D.C.); (4) Johnson v. Fenty, Civil Action No. 07-935 (D.D.C.); and (5) Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.).

7. In addition, within the next two weeks, the undersigned counsel will be responsible for responding to discovery requests, preparing a Motion for Protective Order, and conducting a deposition in Von Muhlenbrock v. Billington, Civil Action No. 05-1921 (D.D.C.).

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate a response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to August 3, 2007.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion for Enlargement of Time was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Michael West
>P.O. Box 1935
>St. Charles, MO 63302

on this 12th day of July, 2007.

          /s/_____
          JONATHAN C. BRUMER, D.C. BAR # 463328
          Special Assistant United States Attorney
          555 Fourth Street, N.W., Room E4815
          Washington, D.C. 20530
          (202) 514-7431
          (202) 514-8780 (facsimile)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-0727 (RMC) |
| ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development, | ) ) ) ) ) |
| Defendant. | ) ) ) |

## **ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the Complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until August 3, 2007, to respond to the Complaint.

_____
ROSEMARY M. COLLYER
United States District Court Judge

Copies of this order to:

Michael West
P.O. Box 1935
St. Charles, MO 63302

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530