UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0727 (RMC) |
| ) | |
| ALPHONSO JACKSON, Secretary ) | |
| of the Department of Housing ) | |
| and Urban Development, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"), by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to the Complaint. The undersigned counsel did not attempt to contact *pro se* Plaintiff to discuss this Motion, pursuant to Local Civil Rule 7(m), because Plaintiff does not list a contact telephone number where he can be reached on his Complaint, and none appears on the docket sheet.[1]  See Docket Entry No. 3, Complaint ("Compl."); Docket Report.

Defendant requests that the deadline for responding to the Complaint be extended by thirty days, from August 3, 2007 to September 4, 2007. This is Defendant's third request for an enlargement of time in this case, and no scheduling order has been entered.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." The Rule does not require counsel to confer with pro se parties about non-dispositive motions. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with non-prisoner pro se parties.

In support of Defendant's Motion, Defendant respectfully states as follows:

1. On April 23, 2007, Plaintiff filed his Complaint. <u>See</u> Docket Entry No. 3. Plaintiff's Complaint seeks relief on a variety of legal theories, including pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. <u>Id</u>. Defendant's deadline for answering or otherwise responding to the Complaint was originally May 29, 2007.

2. On May 25, 2007, Defendant filed a Motion for Enlargement of Time, his first in this case. In that Motion, Defendant respectfully requested that his deadline for responding to Plaintiff's Complaint be extended by forty five days, from May 29, 2007 to July 13, 2007. <u>See</u> Docket Entry No. 10. On May 25, 2007, the Court issued a Minute Order in which it granted Defendant's Motion for Enlargement, and instructed Defendant to file his Answer or Other Response to the Complaint by July 13, 2007.

3. On July 12, 2007, Defendant filed a second Motion for Enlargement of Time. In that Motion, Defendant respectfully requested that his deadline for responding to Plaintiff's Complaint be extended by three weeks, from July 13, 2007 to August 3, 2007. <u>See</u> Docket Entry No. 13. On July 12, 2007, the Court issued a Minute Order in which it granted Defendant's Motion for Enlargement, and instructed Defendant to file his Answer or Other Response to the Complaint by August 3, 2007.

4. Counsel for Defendant anticipates filing a dispositive motion in response to the Complaint. Despite his best efforts, he will not be able to complete an adequate response to the Complaint by August 3, 2007.

5. Since July 12, 2007, when the Court granted Defendant's second Motion for Extension of Time, HUD has continued to search for documents which are responsive to the

FOIA requests at issue in Counts One and Two of Plaintiff's Complaint, which are not exempt. See Compl. ¶¶ 4-22. Agency counsel believes that some additional non-exempt and responsive documents may be archived at an off site location. HUD would like to have an opportunity to examine its vast archive of fair housing investigation related documents, and other off site documents, in order to conclusively determine whether it has in its possession any such documents. To the extent that it finds any such documents, it would like to have time to supplement its initial response to Plaintiff's FOIA requests. This may have the effect of disposing of some of the issues in this action, or at least narrowing them.

6. Furthermore, agency counsel has advised the undersigned counsel that he is still in the process of gathering information and documents which are relevant to the third count of Plaintiff's Complaint. See Compl. ¶¶ 23-40. The agency counsel will need some additional time to gather those materials. For his part, the undersigned counsel will need more time to review and analyze those materials, once they become available, before he can prepare an adequate response to Plaintiff's Complaint.

7. Since July 12, 2007, when this Court granted Defendant's second Motion for Enlargement of Time, the undersigned counsel has contended with numerous deadlines in his other cases. During that period, among other filings, he prepared and filed a Motion to Dismiss, or in the alternative, for Summary Judgment in Murthy v. Johanns, Civil Action No. 06-2208 (D.D.C.), a Motion for a Protective Order and a Motion to Modify the Court's May 2, 2007 Scheduling Order, Extend the Discovery Period, and Alter the Briefing Schedule in Von Muhlenbrock v. Billington, Civil Action No. 05-1921 (D.D.C.) ("Von Muhlenbrock"). He also drafted and served a set of interrogatories, a set of request for production, a notice of deposition,

3

and responses to a discovery request in Von Muhlenbrock during this period; and has handled many other matters related to his other case assignments.

    8. Within the next three weeks, the undersigned counsel for the Defendant will have several imminent briefing deadlines in his other cases, including (1) a dispositive motion in response to the Complaint filed in Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.) ("Dews-Miller"), a complex case both in its procedural history and the range of legal issues implicated (the complaint for Dews-Miller contains no fewer than twenty two counts and 115 paragraphs); (2) an Answer or other Response to the Complaint in Johnson v. DEA, Fenty, *et. al*., Civil Action No. 07-935 (D.D.C.); (3) an Answer or other Response to the Complaint in Grossman v. Guitierrez, 07-353 (D.D.C.), (4) a Reply brief in Murthy v. Johanns, Civil Action No. 06-2208 (D.D.C.); and (5) an Answer or other Response to the Complaint in White v. Federal Bureau of Investigation, *et. al.*, Civil Action No. 07-838 (D.D.C.).

    This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate a response will aid both the parties and the Court in the development and resolution of this case.

    WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to September 4, 2007.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Enlargement of Time was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

> Michael West
> P.O. Box 1935
> St. Charles, MO 63302

on this 3rd day of August, 2007.

             __/s/_____
             JONATHAN C. BRUMER, D.C. BAR # 463328
             Special Assistant United States Attorney
             555 Fourth Street, N.W., Room E4815
             Washington, D.C. 20530
             (202) 514-7431
             (202) 514-8780 (facsimile)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0727 (RMC) |
| | ) | |
| ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the Complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until September 4, 2007, to respond to the Complaint.

_____
ROSEMARY M. COLLYER
United States District Court Judge

Copies of this order to:

Michael West
P.O. Box 1935
St. Charles, MO 63302

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530