# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0727 (RMC) |
| | ) | |
| ALPHONSO JACKSON, Secretary | ) | |
| of the Department of Housing | ) | |
| and Urban Development, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF AMENDED CERTIFICATE OF SERVICE</u>

Defendant Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development, by and through the undersigned counsel, advises this Court that, on September 4, 2007, at about 11:30 p.m., he filed *Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment*, a *Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment*, Defendants' *Statement of Material Facts Not in Dispute*, and 14 exhibits electronically on the ECF system. Because of time constraints and the late hour at which those documents were filed, the Defendant was unable to serve <u>pro se</u> Plaintiff with a copy of the documents on September 4, 2007. However, on September 5, 2007, the Defendant served Plaintiff with a copy of this filing by first class mail, postage prepaid mail.

Dated: September 5, 2007                    Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th day of September, 2007, the foregoing *Notice of Amended Certificate of Service*, along with a copy of *Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment*, *Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment*, Defendants' *Statement of Material Facts Not in Dispute*, and the accompanying exhibits were all served upon the *pro se* Plaintiff by first class mail, postage prepaid mail addressed as follows:

> Michael West
> P.O. Box 1935
> St. Charles, MO 63302

> \_\_/s/_____
> JONATHAN C. BRUMER, D.C. BAR # 463328
> Special Assistant United States Attorney
> 555 Fourth Street, N.W., Room E4815
> Washington, D.C. 20530
> (202) 514-7431
> (202) 514-8780 (facsimile)