UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, Secretary )<br>  of the Department of Housing )<br>  and Urban Development, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 07-0727 (RMC) |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"), by and through undersigned counsel, respectfully moves this Court to enlarge the time to file a Reply in response to Plaintiff's Opposition and in Support of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. The undersigned counsel did not attempt to contact *pro se* Plaintiff to discuss this Motion, pursuant to Local Civil Rule 7(m), because Plaintiff does not list a contact telephone number where he can be reached on his Complaint or his Opposition, and none appears on the docket sheet. See Docket Entry No. 3, Complaint; Docket Entry No. 18, Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment; Docket Report.

Defendant requests that the deadline for filing a Reply brief in response to Plaintiff's Opposition and in Support of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment be extended by four days, from November 30, 2007 to December 4, 2007. This is Defendant's second request for an enlargement of time on his Reply brief in this case, and no

scheduling order has been entered.

In support of Defendant's Motion, Defendant respectfully states as follows:

1. On September 4, 2007, Defendant filed a Motion to Dismiss, or in the Alternative, for Summary Judgment.  See Docket Entry No. 15.

2. On September 5, 2007, the Court issued an Order in which it instructed Plaintiff to file a Response to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment by November 8, 2007.  See Docket Entry No. 16.  Had Plaintiff in fact filed his Opposition on November 8, 2007, and served it upon Defendant on that date, Defendant's Reply brief would have been due by November 19, 2007.  See LCvR 7(d); Fed. R. Civ. 6(a), (e).

3. On October 9, 2007, Plaintiff filed a 15 page Opposition brief, along with a 9 page declaration, a 7 page Statement of Disputed Facts, and 7 additional pages of exhibits.  See Docket Entry No. 18.  In total, Plaintiff has filed thirty eight (38) pages worth of material in response to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment.  Id.  Plaintiff's Opposition brief makes numerous legal arguments and factual representations which demand a response.  See Id.[1]

4. The undersigned counsel for Defendant did not receive a notification from the Electronic Case Filing ("ECF") system that Plaintiff had filed an Opposition until October 12, 2007.  The ECF notification was the first and only notification that the undersigned counsel received of Plaintiff's Opposition.  Defendant has never received a service copy of Plaintiff's

---

[1] Among other things, Plaintiff has attempted to raise a plethora of new factual assertions and legal arguments for the first time in his Opposition.  Defendant will explain in its Reply that this is improper as it is well established that a plaintiff cannot raise new claims for the first time in an opposition brief.  Id.

Opposition.

5. On October 17, 2007, Defendant filed a Motion for Enlargement of Time, his first request for an enlargement of time on his Reply brief deadline in this case. See Docket Entry No. 19. In that Motion, Defendant respectfully requested that his deadline for filing a Reply brief be extended from October 19, 2007 to November 30, 2007. Id. On October 22, 2007, the Court issued a Minute Order in which it granted Defendant's Motion for Enlargement, and instructed Defendant to file his Reply by November 30, 2007. See Minute Order dated October 22, 2007.

6. The undersigned counsel for the Defendant intends to file a Reply brief in response to Plaintiff's Opposition. Despite his best efforts, he will not be able to complete an adequate Reply brief by November 30, 2007. The undersigned counsel and the agency counsel assigned to this matter have been hard at work on the Reply brief which they intend to file in response to Plaintiff's Opposition and other submissions, and in support of Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment. However, they will need some additional time to resolve some outstanding questions they have in the wake of Plaintiff's most recent filing, conduct additional factual investigation, additional legal research, and finalize the Reply brief.

7. Defendant regrets that this Motion is being filed on the day that Defendant's Reply brief is due. The undersigned counsel had originally anticipated that he would be able to complete this filing, and all of the necessary internal review, by November 30, 2007. Indeed, he stayed in the office until well past midnight on the evening of November 29, 2007, working on the Reply brief with the intent of completing it by the current deadline. It only became apparent this afternoon that a little more time would be required for its completion.

8. Since October 22, 2007, when this Court granted Defendant's First Motion for

Enlargement of Time on his deadline for filing a Reply brief, the undersigned counsel has prepared and filed a lengthy *Motion to Dismiss or, in the Alternative, for Summary Judgment* in Murthy v. Conner, Civil Action No. 06-2208 (D.D.C.), and has contended with numerous filing deadlines in his other cases. In addition, during this period, the undersigned counsel has contended with numerous discovery related deadlines in connection with two of his other cases: Von Muhlenbrock v. Billington, Civil Action No. 05-1921 (D.D.C.) and Delgado v. Gonzales, Civil Action No. 07-0256 (D.D.C.).

      9. Within the next two weeks the undersigned counsel for Defendant will be responsible for, among other things: (1) preparing and filing an Answer or other Response to the Amended Complaint in Cooper v. EOUSA, Civil Action No. 07-744 (D.D.C.) (due by November 1, 2007); (2) preparing a discovery response for Delgado v. Gonzales, Civil Action No. 07-0256 (D.D.C.), which will require the review of literally thousands of (bate stamped) pages worth of documents (due by November 21, 2007); and (3) preparing for a three day trial which is currently scheduled to begin on December 10, 2007 and end on December 12, 2007 in Dugar, et. al. v. Washington Metropolitan Area Transit Authority, et. al., Civil Action No. 05-1500 (D.D.C.).

      This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate a Reply brief will aid both the parties and the Court in the development and resolution of this case.

      WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for filing a Reply to Plaintiff's Opposition be extended to December 4, 2007.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th day of November, 2007, the foregoing *Motion for Enlargement of Time* was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

    Michael West
    P.O. Box 1935
    St. Charles, MO 63302


    __/s/_____
    JONATHAN C. BRUMER, D.C. BAR # 463328
    Special Assistant United States Attorney
    555 Fourth Street, N.W., Room E4815
    Washington, D.C. 20530
    (202) 514-7431
    (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0727 (RMC) |
| | ) | |
| ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to file a Reply in response to Plaintiff's Opposition and in Support of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until December 4, 2007, to file a Reply brief in response to Plaintiff's Opposition and in Support of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment.

_____
ROSEMARY M. COLLYER
United States District Court Judge

Copies of this order to:

Michael West
P.O. Box 1935
St. Charles, MO 63302

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530