## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, )<br><br>Plaintiff, )<br><br>v. )<br><br>ALPHONSO JACKSON, Secretary )<br> of the Department of Housing )<br> and Urban Development, )<br><br>Defendant. )<br> ) | Civil Action No. 07-0727 (RMC) |

## NOTICE OF AMENDED CERTIFICATE OF SERVICE

Defendant Alphonso Jackson, Secretary of the United States Department of Housing and

Urban Development ("HUD"), by and through undersigned counsel, advises this Court that, on

December 4, 2007, at about 10:30 p.m., he filed *Defendant's Reply in Support of Defendant's*

*Motion to Dismiss or, in the alternative, for Summary Judgment*, and the accompanying five

exhibits electronically on the ECF system.  Because of time constraints and the late hour at which

those documents were filed, Defendant was unable to serve pro se Plaintiff with a copy of the

documents on December 4, 2007.  However, on December 5, 2007, Defendant served Plaintiff

with a copy of this filing and the accompanying exhibits, by first class, postage pre-paid mail.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

___/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


___/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 5th day of December, 2007, the foregoing *Notice of*

*Amended Certificate of Service,* along with a copy of *Defendant's Reply in Support of*

*Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment* and the

accompanying five exhibits, were all served on plaintiff, <u>pro se</u>, by first class, postage pre-paid

mail, addressed as follows:

> Michael West
> P.O. Box 1935
> St. Charles, MO 63302

> \_\_/s/_____
> JONATHAN C. BRUMER, D.C. BAR # 463328
> Special Assistant United States Attorney
> 555 Fourth Street, N.W., Room E4815
> Washington, D.C. 20530
> (202) 514-7431
> (202) 514-8780 (facsimile)