UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0727 (RMC) |
| | ) | |
| ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ERRATA**

Defendant Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development ("HUD"), by and through undersigned counsel, advises this Court that, on December 4, 2007, at about 10:30 p.m., he filed *Defendant's Reply in Support of Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment* ("Reply" or "Def.'s Reply"), and the accompanying five exhibits electronically on the ECF system.  See Docket Entry No. 22.  In the seventeen day period since he filed that pleading, the undersigned counsel for Defendant noticed a few typographical errors and matters requiring clarification in Defendant's Reply brief.  He now respectfully submits this Notice of Errata concerning those matters:

(1)  The first full sentence which appears on page 3 of the Reply brief currently reads as follows: "In his December 2003 application, Plaintiff acknowledged that he had previously 'lived with' Ms. 'Jule Stephens (Kleewein), AKA J. Stephens' at the property located at '46 Vanguard Ct., O'Fallen, Missouri 63366 (St. Charles)' for 'two years plus.'"

This sentence contains a typographical error. The undersigned counsel inadvertently typed "Jule" when he had meant to write "Julie."

(2) The section heading which appears near the bottom of page 21 of Defendant's Reply currently states that "Plaintiff's Newest Arguments in Support of Count III of his Complaint (His FOIA-related Counts) Lack Merit."

This heading contains a typographical error inasmuch as it indicates that Count III of Plaintiff's Complaint concerned his Freedom of Information Act ("FOIA") allegations. In fact, Count Three of Plaintiff's Complaint concerned all of Plaintiff's other allegations, apart from his FOIA related allegations. Accordingly, the section heading which appears near the bottom of page 21 of Defendant's Reply should be corrected so that it reads: "Plaintiff's Newest Arguments in Support of Count III of his Complaint (His <u>Non</u>-FOIA-related Counts) Lack Merit,"

(3) Finally, the undersigned counsel wishes to inform the Court (and had intended to note in his Reply brief) that he redacted Plaintiff's Social Security number and date of birth from the as filed copy of exhibit 5 to the Reply brief, in order to protect Plaintiff's privacy, in accordance with this Court's *Notice Regarding Privacy and Public Access to Electronic Civil Case Files*.

        Respectfully submitted,

        __/s/_____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        __/s/_____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        __/s/_____
        JONATHAN C. BRUMER, D.C. BAR # 463328
        Special Assistant United States Attorney
        555 Fourth Street, N.W., Room E4815
        Washington, D.C. 20530
        (202) 514-7431
        (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 21st day of December, 2007, the foregoing *Notice of Errata* and the accompanying five exhibits, were all served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

Michael West
P.O. Box 1935
St. Charles, MO 63302

__/s/______________________________________
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)