## CORRECTED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st day of December, 2007, the foregoing *Notice of Errata* was served on plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

Michael West
P.O. Box 1935
St. Charles, MO 63302


___/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)