

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-0727 (RMC) ) |
| ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development, | ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S REQUEST FOR A TRUE AND COMPLETE COPY OF DEFENDANT'S REPLY BRIEF IN RESPONSE TO PLAINTIFF'S OPPOSITION

COMES Now Plaintiff Michael West, *pro se*, and moves this Court with Plaintiff's Request for a True and Complete Copy of Defendant's Reply Brief in Response to Plaintiff's Opposition and in Support of Defendant's Motion to Dismiss or, in the Alternative for Summary Judgment. In support, the following is provided:

1. After a series of defendant's delays, on November 30, 2007, the defendant requested yet another motion for extension of time.

2. Within defendant's request for extension of time, he stated that he would need until December 4, 2007 to file his reply brief. Doc. No. 21 at 1.

3. The Court granted defendant's request allowing him to file "reply no later than December 4, 2007." Minute Entry Order, dated 12/03/2007.

4. To date, Plaintiff has not received the projected reply brief that Defendant stated he intended to file no later that this specified date.

RECEIVED

JAN 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 of 9

5. Plaintiff is prejudiced in this case because he has been denied a full and fair opportunity to review and consider the defendant's reply brief that the Court will, more likely than not, consider in its factual findings and conclusions of law

6. Therefore, it is respectfully requested that this Court provide him with a true and complete copy of the defendant's reply brief and place it in the U.S. mail immediately upon receipt of this request, in accordance with due process and equal protection of law as guaranteed the U.S. Constitution.

For these reasons, the Court should grant this request and for any other relief fit in the premises.

Respectfully submitted this 17th day of January 2008.

_____
Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302
No phone


## CERTIFICATE OF SERVICE

I certify that a true and complete copy of the foregoing motion was placed in the U.S. Mail, postage pre-paid, this 17th day of January 2008, to

Jeffrey Taylor
U.S. Attorneys Office
555 Fourth St., N.W., Rm E4816
Washington, D.C. 20530

_____