UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-0727 (RMC) |
| | ) |
| ALPHONSO JACKSON, Secretary of the | ) |
| Department of Housing and Urban Development, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ENTRY OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Daniel F. Van Horn as counsel for the defendant in the above-captioned civil action, and withdraw the appearance of former Special Assistant United States Attorney Jonathan C. Brumer, who has departed from the United States Attorney's Office.

Respectfully submitted,

/s/
DANIEL F. VAN HORN
D.C. Bar No. 924092
Assistant United States Attorney
United States Attorney's Office
Civil Division, Room E-4816
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7168

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Entry of Appearance* was served on January 23, 2008, by mailing a copy thereof, via certified mail, return receipt requested, to the following:

> MR. MICHAEL WEST
> P.O. BOX 1935
> ST. CHARLES, MO 63302

> /s/_____
> DANIEL F. VAN HORN, D.C. Bar #924092
> Assistant United States Attorney
> Civil Division, Room E-4816
> 555 Fourth Street, N.W.
> Washington, D.C. 20530
> (202) 514-7168