UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MICHAEL WEST,                                          )
                                                       )
                    Plaintiff,                         )
                                                       )
         v.                                            )          Case No. 07-0727 (RMC)
                                                       )
ALPHONSO JACKSON, Secretary of the                     )
Department of Housing and Urban Development,           )
                                                       )
                    Defendant.                         )
_____                )


**DEFENDANT'S RESPONSE TO PLAINTIFF'S "REQUEST
FOR A TRUE AND COMPLETE COPY OF DEFENDANT'S REPLY
BRIEF IN RESPONSE TO PLAINTIFF'S OPPOSITION"**

Defendant, by his undersigned attorneys, hereby responds to *Plaintiff's Request for a*

*True and Complete Copy of Defendant's Reply Brief in Response to Plaintiff's Opposition*

[Document 26] in the above-captioned civil action.  According to the Certificate of Service

attached to plaintiff's request, that document was mailed to the United States Attorney on

Janauary 17, 2008.  Undersigned counsel, however, did not learn of plaintiff's request until it was

entered on the Court's electronic civil docket on January 23, 2008.

    1.      Plaintiff asserts that he has not received the reply brief filed on behalf of the

defendant on December 4, 2007 [Document 22].  Plaintiff is proceeding pro se in this action and

does not participate in the Court's Electronic Case Filing (ECF) system.  Consequently, when

defendant's counsel filed defendant's reply brief electronically, as required by LCvR 5.4(a),

service on plaintiff could not be effected through the ECF system.  Instead, in accordance with

LCvR 5.4(d)(2), defendant's counsel mailed a paper copy of the reply brief, together with the

accompanying exhibits, to the address listed on the Court's docket for service upon plaintiff. The

amended Certificate of Service filed by defendant's counsel on December 5, 2007 [Document

23] confirms that the reply brief and exhibits were served on plaintiff by first-class mail to his

address of record. The *Notice of Errata* [Document 24] that was subsequently filed on

defendant's behalf was likewise served on plaintiff by first-class mail to the address shown on

the Court's docket. *See Corrected Certificate of Service* [Document 25].

2.      Although defendant fully complied with its obligation to serve plaintiff, a second

paper copy of the reply brief with the accompanying exhibits [Document 22], the *Notice of*

*Amended Certificate of Service* [Document 23], the *Notice of Errata* [Document 24], and the

*Corrected Certificate of Service* [Document 25] is being sent to plaintiff today by certified mail,

return receipt requested, to P.O. Box 1935, St. Charles MO 63302, the address for plaintiff that is

both listed in the Court's records and on plaintiff's request. In addition, because it appears that

plaintiff has access to an e-mail account at harleyd_ok4u@yahoo.com, electronic copies of all of

the foregoing documents and this response are also being sent by e-mail to that e-mail account.

3.      Defendant respectfully submits that it has fully addressed the complaints

expressed by plaintiff in his request. Therefore, to the extent the Court deems plaintiff's request

to be a motion, it should be denied as moot.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

/s/_____
DANIEL F. VAN HORN, D.C. Bar No. 924092
Assistant United States Attorney
Civil Division, Room E-4816
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7168


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Defendant's Response to Plaintiff's "Request for a*

*True and Complete Copy of Defendant's ReplyBrief in Response to Plaintiff's Opposition"* was

served on January 23, 2008, by mailing a copy thereof, via certified mail, return receipt

requested, to the following:

MR. MICHAEL WEST
P.O. BOX 1935
ST. CHARLES, MO 63302


/s/_____
DANIEL F. VAN HORN, D.C. Bar #924092
Assistant United States Attorney
Civil Division, Room E-4816
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7168