UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-0727 (RMC) |
| ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development, | ) |
| Defendant. | ) |

### PLAINTIFF'S MEMORANDUM FOR RECORD

Plaintiff Michael West, *pro se*, files this memorandum of record with regards to the case at bar. On January 19, 2008, Plaintiff West respectfully submitted his written requests to defendant's attorneys to reasonably identify what materials and documents have been produced and what has not been produced with regards to the underlying FOIA requests. A true and complete copy of this letter to AUSA's office is attached and marked as West's Exhibit 1.

Here, the defendant had foisted a huge mound of apparently unreviewed and unsorted materials upon the requesting party, in which West does not believe provides a fair and particularized response in this matter. A review of the received materials shows that the FOIA requests still remains largely unanswered, as illustrated within West's Declaration of Oct. 2007. Respectfully submitted this 19th day of January 2008.

*[signature]*

Michael West, *pro se*
P.O. Box 1935
St. Charles, MO 63302
No phone

## **CERTIFICATE OF SERVICE**

    I certify that a true and complete copy of the foregoing was placed in the U.S. Mail, postage pre-paid, this 15th day of January 2008, to

Jeffrey Taylor
U.S. Attorneys Office
555 Fourth St., N.W., Rm E4816
Washington, D.C. 20530

Michael West
P.O. Box 1935
St. Charles, MO 63302

January 19, 2008

Jeffrey Taylor
U.S. Attorneys Office
555 Fourth St., N.W., Rm E4816
Washington, D.C. 20530

West v. Jackson, Case No. 07-0727 (D.D.C. 2007)

Re:   Plaintiff's Requests for Written Response
      Describing What Has Been Produced and
      What Has Not Been Produced under FOIA

Mr. Taylor:

Upon receipt of this correspondence, it is respectfully requested that you provide a detailed written response identifying and describing what has been produced and what has not been produced with regards to West's Freedom of Information Act requests for the above-styled case. See Rule 34(b), FED. R. CIV. P. It is further requested that you label the documents and identify the categories responsive to West's FOIA requests. A cursory review of the large volume of unreviewed, unsorted materials and documents may be reasonably considered as a form of "harassment or obstruction."

Notwithstanding, it appears that when comparing my recently filed affidavit showing several instances of FOIA materials and documents being improperly withheld that, to date, defendant Jackson apparently still refuses to comply with FOIA. I believe that the Court may find this truly disturbing, to say the least.

It is further respectfully requested that you provide this information within the next ten (10) calendar days from the date of this letter.

Please permit me to thank you in advance for your courtesies.

Sincerely,

*[signature]*

Michael West

Enclosure
West's Court Memo for Record

WEST'S
EXHIBIT A