# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALPHONSO JACKSON, Secretary of the Department of Housing and Urban Development, | ) Case No. 1:07-cv-0727-RMC ) ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for Defendant Department of Housing and Urban Development and withdraw the appearance of Assistant United States Attorney Daniel F. Van Horn.

Dated: January 31, 2008

Respectfully submitted,

/s/
DANIEL F. VAN HORN, D.C. Bar #924092
Assistant United States Attorney
Civil Division, Room E-4816
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7168
daniel.vanhorn@usdoj.gov

/s/
BRANDON L. LOWY,
Special Assistant United States Attorney
Civil Division, Room E-4405
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364
brandon.lowy@usdoj.gov