UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALPHONSO JACKSON, Secretary of the ) | Case No. 1:07-cv-0727-RMC |
| Department of Housing and Urban Development, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL SUBPOENA DIRECTED TO DEFENDANT HUD'S MR. TURNER RUSSELL AND A MOTION FOR A PROTECTIVE ORDER**

Defendant, through and by undersigned counsel, hereby submits this Motion for Extension of Time to File An Opposition to Plaintiff's Motion to Compel Subpoena Directed to Defendant HUD's Mr. Turner Russell and a Motion for a Protective Order to and including March 11, 2008.

1. On February 22, 2008, undersigned counsel received notification from the Electronic Case Filing ("ECF") system that Plaintiff had moved to compel a subpoena for documents allegedly withheld by Turner Russell, Director of the Enforcement Support Division of the Office of Fair Housing and Equal Opportunity ("FHEO") at the U.S. Department of Housing and Urban Development ("HUD").

2. Plaintiff claims to have served Mr. Russell with a subpoena; however, to date, Mr. Russell has no record of having been served with a subpoena, and Plaintiff has not provided proof of service.

3. Nevertheless, Defendant attempted to draft an Opposition to Plaintiff's motion, as well as a Motion for a Protective Order, by March 7, 2008.

4. Defendant only has a few remaining issues to resolve, and therefore requires two additional business days to prepare its Opposition and Motion.

5. The undersigned counsel did not attempt to contact *pro se* Plaintiff to discuss this Motion, pursuant to Local Civil Rule 7(m), because Plaintiff does not list a contact telephone number where he can be reached on his Motion, and none appears on the docket sheet.

6. This is the first extension request made for this deadline.

7. Defendant therefore requests two additional business days to file its brief.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the filing of its Opposition be extended to March 11, 2008. A minute order is requested.

Dated: March 7, 2008                                        Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   Brandon L. Lowy
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364


Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2008, I caused the foregoing Motion for Extension of Time to be filed via the Court's Electronic Case Filing system, and served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

MICHAEL WEST
P.O. Box 1935
St. Charles, MO 63302

/s/ *Brandon L. Lowy*            BRANDON L. LOWY
Special Assistant United States Attorney
555 4th Street, N.W., Room E4405
Washington, D.C. 20530
(202) 307-0364
(202) 514-8780 (facsimile)