UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL WEST,**  )<br> )<br>  Plaintiff,  )<br> )<br>v.  )<br> )<br>**ALPHONSO JACKSON,** Secretary,  )<br>**Department of Housing and Urban**  )<br>**Development,**  )<br> )<br>  Defendant.  )<br> ) | Civil Action No. 07-727 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to dismiss or for summary judgment [Dkt. #15] is **GRANTED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: March 10, 2008         _____/s/_____
                             ROSEMARY M. COLLYER
                             United States District Judge